UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVITO HOLMES,

          Plaintiff,                                Case Number 12-15508
v.                                           Honorable David M. Lawson
                                                Magistrate Judge Laurie J. Michelson

SIDNEY BARTHWELL,
RONALD L. HAYWOOD,
AMY SLAMEKA, and A. SMITH,

          Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING CLAIMS AGAINST
DEFENDANT SIDNEY BARTHWELL ONLY**

This matter is before the Court on the report issued February 20, 2013 by Magistrate Judge

Laurie J. Michelson pursuant to 28 U.S.C. § 636(b), recommending that the Court grant defendant

Sidney Barthwell's motion to dismiss and dismiss all claims against him.  Although the report

explicitly stated that the parties to this action may object to and seek review of the recommendation

within fourteen days of service, no objections have been filed thus far.  The parties' failure to file

objections to the report and recommendation waives any further right to appeal.  *Smith v. Detroit*

*Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object

to the magistrate judge's report releases the Court from its duty to independently review the matter.

*Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the findings and

conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt.

#7] is **ADOPTED**.

It is further **ORDERED** that defendant Sidney Barthwell's motion to dismiss [dkt. #3] is

**GRANTED**.

It is further **ORDERED** that all claims against defendant Sidney Barthwell **ONLY** are

**DISMISSED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   March 12, 2013

<div style="border:1px solid">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on March 12, 2013.

s/Deborah R. Tofil
DEBORAH R. TOFIL

</div>